## PROCEEDING MEMO

Date: 05/10/2017 10:00am

In re: Carl T. Fosnaught and Beth S. Fosnaught

Bankruptcy No. 16-23374-CMB
Chapter: 13
Doc. # 28

Appearances: Winnecour / Pail / Bedford / Katz; Abigail Stield; James Warnbroke,

Movant(s): Lauren M. Lamb

Respondents: James C. Warmbrodt

Creditor(s):

Nature of Proceeding: #28 Objection to Respondent's Claim 8-1

Additional Pleadings: Certificate of Service; #32 Response by WF 19 Grantor Trust

Judge's Notes:

Outcome: Objection withdrawn.

\_\_\_\_\_ Motion is GRANTED    \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion is DENIED    \_\_\_\_\_ Order entered
\_\_\_\_\_ Motion WITHDRAWN
\_\_\_\_\_ Motion is DISMISSED    Order entered
\_\_\_\_\_ Reschedule for Proper Service
\_\_\_\_\_ Case DISMISSED    Order entered
\_\_\_\_\_ Parties to submit Order/Settlement/Stipulation by \_\_\_\_\_ days
\_\_\_\_\_ CONTINUED MATTER: \_\_\_\_\_ for at least \_\_\_\_\_ days (Court to Issue Order)
\_\_\_\_\_ to hearing date of \_\_\_\_\_
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
Discovery time needed \_\_\_\_\_ days
\_\_\_\_\_ Briefs to be filed:    Movant(s) brief due \_\_\_\_\_ days
Respondent(s) brief due \_\_\_\_\_ days
Trustee's brief due \_\_\_\_\_ days

FILED
5/10/17 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U.S. Bankruptcy Judge