# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | CARL T. & BETH S. FOSNAUGHT |
| Case Number: | 16-23374-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JULY 06, 2017 01:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
7/7/17 3:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#12 - Continued Confirmation of Plan Dated 10/7/2016 (NFC)
R / M #:   12 / 0

### *Appearances:*

A. Steidl

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. ___✓___ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Counsel / debtor have no defense

T consents

7K arrears

No pmt since 12/16.

6/28/2017   2:08:33PM